G. W. HALL AND J. P. DuBOIS, CO-PARTNERS, *Plaintiffs in Error*, v. FLORIDA EAST COAST RAILWAY COMPANY, A CORPORATION, *Defendant in Error*.

Opinion Filed Feb. 4, 1913.

PER CURIAM.—Upon the authority of Fornel v. Florida East Coast Railway Company this day decided, the judgment herein is reversed.

Writ of error to the Circuit Court for Dade County.